UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL CASE NO. 3:05-CR-128 |
| ) | JUDGE PHILLIPS/GUYTON |
| DONALD HICKMAN ) | |

**O R D E R**

On the petition of the United States of America by Harry S. Mattice, Jr., United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Warden, Brushy Mountain Correctional Complex, Petros, Tennessee, to bring Donald Hickman, Prisoner I.D. No. 382551 before this Court in Knoxville, Tennessee, on the 16TH day of November 2005 at 9:00 a.m. on that day, for an initial appearance, or for his case to be otherwise disposed of, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Warden, Brushy Mountain Correctional Complex, Petros, Tennessee

And it is further ordered that, in the event the Brushy Mountain Correctional Complex, Petros, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Donald Hickman, into his custody

and transport him to and from said Brushy Mountain Correctional Complex, Petros, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

    s/ H. Bruce Guyton
United States Magistrate Judge